UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **FREDDY MAURICIO AGUAYO BRAVO,** <br><br> Petitioner, <br><br> v. <br><br> **LUIS SOTO, et al.,** <br><br> Respondents. | Civil Action No. 25-18605 (MCA) <br><br><br> ORDER |

     Petitioner Freddy Mauricio Aguayo Bravo, a citizen of Ecuador, who entered the United States on or about May 5, 2000, has filed a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention without bond on December 6, 2025, by the Department of Homeland Security ("DHS"). (ECF No. 1, Petition at ¶¶ 2, 5.) Petitioner is detained at Delaney Hall in Newark, New Jersey. (*Id.* at ¶ 6.)

     Respondents filed a letter response on January 8, 2026 (ECF No. 4), stipulating to the relevant facts alleged in the Petition and acknowledging that they rely on the same statutory interpretation set forth in *Matter of Yajure Hurtado*, 29 I&N Dec. 215 (BIA 2025), which was rejected by this Court in *Vasquez Lucero v. Soto*, et al, No. 25-16737-MCA, 2025 WL 3240895 (D.N.J. Nov. 20, 2025).

     The Court has considered the matter and **GRANTS** the Petition for the same reasons stated in *Vasquez Lucero*.

     **IT IS** on this 26th day of January 2026,

     **ORDERED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1) is **GRANTED**; and it is further

**ORDERED** that Respondents shall provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and 8 C.F.R. § 236.1(d) within 7 days of the date of this **Order;** and it is further

**ORDERED** that within 3 days of the bond hearing, Respondents shall file a letter advising the Court of the outcome of the bond hearing, at which time the Court will dissolve any temporary restraints and close the matter.

*s/ Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States District Judge**
