

U.S. Department of Justice

United States Attorney
District of New Jersey
*Civil Division*

---

*Andrew Boccio*
*Assistant United States Attorney*

970 Broad Street, Suite 700
Newark, NJ 07102
*andrew.boccio@usdoj.gov*

main: (973) 645-2700
direct:(973) 645-2781

February 3, 2026

**Via Electronic Filing**
Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:   *Aguayo Bravo v. Soto*, No. 25-18605 (MCA)
          Petitioner's Bond Hearing

Dear Judge Cecchi:

    This Office represents Respondents in this habeas matter. We respectfully write, pursuant to the Court's January 27, 2026, Order, ECF No. 5, to confirm that Petitioner received a bond hearing on February 2, 2026. At that hearing, an Immigration Judge granted Petitioner's request for release from custody under bond of $20,000. *See* Ex. A. We therefore respectfully request that Your Honor close this case.

    Thank you very much for your attention to this matter.

                             Respectfully submitted,

                             TODD BLANCHE
                             U.S. Deputy Attorney General

                             JORDAN FOX
                             Chief of Staff & Associate Deputy
                              Attorney General
                             Special Attorney

                  By:    */s Andrew Boccio*
                           ANDREW BOCCIO
                           Assistant U.S. Attorney
                           *Attorneys for Respondents*

cc:    All counsel of record (via ECF)

SO ORDERED
2/5/26
Madeline Cox Arleo, U.S.D.J.